

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00577-CR

**IN RE** Frediz **DE LA CRUZ-DE LA CRUZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Lori I. Valenzuela, Justice

On December 22, 2021, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than ten (10) days from the date of this order.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Requests for leave to file a petition for writ of mandamus are not necessary; therefore, relator's motion for leave is DENIED AS MOOT.

It is so **ORDERED** on December 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
               Michael A. Cruz,
               Clerk of Court

---

[1] This proceeding arises out of Cause No. 11254CR, styled *State of Texas v. Frediz De L Cruz-De La Cruz*, pending in the County Court, Kinney County, Texas. The challenged letter ruling was signed by the Honorable Tully Shahan.